IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ALVIS T. MILLER
REG. #11823-042                                                                                          PLAINTIFF

V.                                           NO: 2:06CV00181 JLH

HARVEY LAPPIN *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE